# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**August 7, 2008**

| 27416 | Association of Apartment Owners of 2987 Kalakaua ex rel. Bd. of Directors v. Dubois | Affirmed |
| 28234 | State v. Kalili | Affirmed |

**August 8, 2008**

| 28579 | State v. Patrocinio | Affirmed |
| 28871 | State v. Rellin | Vacated and Remanded |

**August 12, 2008**

| 28244 | State v. Searby | Affirmed |

**August 19, 2008**

| 28145 | State v. Causey | Affirmed |
| 28717 | State v. Mackiewicz | Affirmed |